LODGED
CLERK, U.S. DISTRICT COURT
3/13/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
3/13/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CGM___ DEPUTY

2:25-MJ-01420-DUTY

FINDING RE PROBABLE CAUSE

On __3/13/25__, at __11:45AM__ ~~a.~~/~~p.m.~~, Special Agent Aaron Kwon of Homeland Security Investigations appeared before me regarding the probable cause arrest of defendant CELFREDIN HERNANDEZ-VAZQUEZ, occurring on March 11, 2025, at Los Angeles, California.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists**/~~does not exist~~ probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841(a)(1).

/____/ It is ordered that defendant CELFREDIN HERNANDEZ-VAZQUEZ be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on _____.

/____/ It is ordered that defendant CELFREDIN HERNANDEZ-VAZQUEZ be discharged from custody on this charge forthwith.

DATED: __03/13/2025__, at __11:45AM__ ~~a.m.~~/~~p.m.~~

_____
THE HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE